466 A.2d 613

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Nicholas PAZ, Respondent.**

Supreme Court of Pennsylvania.

Oct. 7, 1983.

ORDER

PER CURIAM.

The Petition for Allowance of *Appeal* is *granted.* The *order* of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia is *vacated,* —— Pa.Super. ——, 459 A.2d 834, and the record is *remanded* to the Court of Common Pleas for consideration in light of *Commonwealth v. Christmas,* 502 Pa. ——, 465 A.2d 989 (1983).